RUSSELL DIXON, Respondent, *v.* JAMES J. COZINE, Appellant.

*Dixon* v. *Cozine*, 134 App. Div. 921, affirmed.
(Submitted April 6, 1911; decided May 16, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 4, 1910, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to compel specific performance of a contract for the sale of real property.

*Charles C. Suffren* for appellant.

*Malcolm Ross Matheson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.

---

PHILIP CORELL, Respondent, *v.* ALLIE L. SYLVESTER et al., as Executors of LEWIS SYLVESTER, Deceased, Appellants.

*Corell* v. *Sylvester*, 137 App. Div. 888, affirmed.
(Argued April 7, 1911; decided May 16, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 12, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover moneys alleged to have been paid by mistake.

*Louis Zinke* for appellants.

*Emanuel S. Cahn* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.